**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**ANITA JO HARRIS-ALBANO,**

        **Plaintiff,**

     v.                                       CASE NO. 21-3015-SAC

**Topeka Correctional Facility,
Warden and/or Deputy Warden, et al.,**

        **Defendants.**

## MEMORANDUM AND ORDER

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff Anita Jo Harris-Albano, who is proceeding pro se, filed her initial complaint on January 11, 2021. (Doc. 1.) In a memorandum and order dated April 19, 2021, the Court identified deficiencies in the complaint and directed Plaintiff to file an amended complaint that corrected those deficiencies. (Doc. 5.) Plaintiff filed an amended complaint (Doc. 7), but the amended complaint did not comply with all the directions in the Court's earlier order. Thus, in a memorandum and order dated June 2, 2021, the Court directed Plaintiff to file a second amended complaint on or before July 2, 2021, that corrects the deficiencies the Court has identified (Doc. 8).

On July 7, 2021, the Court received a notice from Plaintiff (Doc. 9) that states Plaintiff is still working on drafting her second amended complaint. In light of this filing, the Court will extend the time for filing until August 9, 2021. If Plaintiff fails to submit a second amended complaint consistent with the Court's

earlier directions by August 9, 2021, the Court will dismiss this matter without prejudice and without further notice.

**IT IS, THEREFORE, BY THE COURT ORDERED** that Plaintiff is granted to and including **August 9, 2021,** to file a second amended complaint.

**IT IS SO ORDERED.**

DATED:  This 8th day of July, 2021, at Topeka, Kansas.


S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge